**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

TOEDULFO R.,

Plaintiff,

v. No. 2:26-cv-01617-KRS

FRANK BISIGNANO,
*Commissioner of the Social Security Administration*,

Defendant.

**ORDER FOR EXTENSION**

**THIS MATTER** coming before the Court upon Defendant's First Unopposed Motion for Extension of Time (the "Motion"), (Doc. 11), it being stated that Plaintiff concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Defendant file his Answer or otherwise respond to Plaintiff's Opening Brief,[1] (Doc. 10), no later than **November 16, 2026**.

**IT IS FURTHER ORDERED** that Plaintiff may file a reply, if any, fourteen (14) days after Defendant files his brief.

**IT IS SO ORDERED** this 14th day of September, 2026.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

[1] In the Opening Brief, Plaintiff moves for the Court to remand this matter to the Social Security Administration for further proceedings. *See* (Doc. 10).